

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00122-CV

_____

IN THE MATTER OF THE MARRIAGE OF WILLIAM RICHARD JOHNSON, III
AND RUTH ELIZABETH JOHNSON AND IN THE INTEREST OF J.K.J.,
C.D.W.J., IV AND F.J., CHILDREN

On Appeal from the County Court at Law
Lamar County, Texas
Trial Court No. 81576

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Ruth Elizabeth Johnson filed a notice of appeal from her divorce from William Richard Johnson, III, on November 8, 2013. Despite our communications with counsel, no docketing statement has been filed, and the filing fee has not been paid. There is also no claim of indigence, and we have received a copy of an email from the district clerk indicating that the party has decided not to pursue the appeal. On December 27, we sent Johnson a letter warning that the appeal would be subject to dismissal unless an effort was made to prosecute the appeal by paying the required fees and filing a docketing statement. Any response was due on or before January 6, 2014. We have received nothing.

We dismiss the appeal for want of prosecution.

Josh R. Morriss, III
Chief Justice

Date Submitted:     January 22, 2014
Date Decided:       January 23, 2014